THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY F/K/A IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>LEANNE M. SASS, an individual, JESUS SASS, an individual, and JASON HALL, an individual,<br><br>Defendants. | CASE NO. C20-5708-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order to dismiss Defendant Leanne M. Sass from this action (Dkt. No. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims, crossclaims, and counterclaims by or directed against Defendant Leanne M. Sass are dismissed, and Defendant Leanne M. Sass is DISMISSED with prejudice as a party to this lawsuit.

//

//

MINUTE ORDER
C20-5708-JCC
PAGE - 1

1  DATED this 28th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-5708-JCC
PAGE - 2