THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMERICAN FAMILY CONNECT
PROPERTY AND CASUALTY INSURANCE
COMPANY F/K/A IDS PROPERTY
CASUALTY INSURANCE COMPANY,

                            Plaintiff,

        v.

LEANNE M. SASS, an individual, JESUS
SASS, an individual, and JASON HALL, an
individual,

                            Defendants.

CASE NO. C20-5708-JCC

ORDER

This matter comes before the Court on Plaintiff's motion for default judgment[1] against

Defendants Jesus Sass and Jason Hall (Dkt. No. 17). Having thoroughly considered the motion

and the relevant record, the Court FINDS as follows:

    1. Defendant Jesus Sass was properly served in this matter on or about July 30, 2020, (Dkt.

        No. 6 at 2), and Defendant Jason Hall was properly served in this matter on or about

        August 31, 2020, (Dkt. No. 16 at 5);

---

[1] Plaintiff voluntarily dismissed Leanne Sass as a defendant in this matter, (*see* Dkt. No. 12), and the remaining Defendants Jesus Sass and Jason Hall have failed to appear, (*see* Dkt. Nos. 6, 14). As indicated in its previous order, (*see* Dkt. No. 21 at 4), the Court construes Plaintiff's motion for summary judgment as a motion for default judgment.

2. The Clerk entered an order of default against Defendant Jesus Sass on August 25, 2020, (Dkt. No. 10), and against Defendant Jason Hall on September 23, 2020, (Dkt. No. 19);

3. Defendants Jesus Sass and Jason Hall have failed to appear or otherwise defend in this action; and

4. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiff's favor.

Accordingly, the Court ORDERS as follows:

1. Plaintiff's motion for default judgment against Defendants Jesus Sass and Jason Hall (Dkt. No. 17) is GRANTED;

2. Policy No. BX10493785 between Plaintiff and Defendant Leanne Sass provides no Liability or PIP coverage for, and Plaintiff has no duty to defend or to indemnify, Defendants Jesus Sass and/or Jason Hall relating to the February 22, 2020 accident involving Leanne Sass' 2005 Subaru Baja.

DATED this 6th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE